**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF NEW YORK**

| | |
|---|---|
| CAR-FRESHNER CORPORATION, *et al.* ) | |
| )  Plaintiffs, ) | Case No. 5:19-cv-01158-GTS-ATB |
| )       v. ) | |
| ) | |
| SCENTED PROMOTIONS, LLC, *et al.* ) | |
| )  Defendants. ) | |
| ) | |

DECLARATION OF SLAWOMIR MIKE WARZOCHA

I, SLAWOMIR MIKE WARZOCHA , pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct, unless stated upon information and belief:

1. I am one of the Defendants in this action, and currently reside at 745 Lava Falls Drive, Las Vegas, NV 89110.  This declaration is based upon my personal knowledge of the matters set forth herein.

2. I respectfully submit this declaration in support of Defendants Scented Promotions, LLC's ("Scented Promotions") Slawomir Warzocha's and Paulina Slusarczyk's motion to dismiss this action for lack of personal jurisdiction.

3. I neither own nor lease any real property, office space, residence or place of business in New York.

4. I have no employees who reside anywhere in New York or in the Northern District of New York specifically.

5. I have no bank accounts in New York in my name alone or with another person or entity.

6. I pay no taxes to the state of New York.

7. I attend no trade shows on behalf of defendant Scented Promotions, LLC or any other person or entity, in New York.

8. I have never engaged in any design or manufacture of products in New York.

9. None of the activities I have engaged in or presently engage in on behalf of defendant Scented Promotions, LLC, myself, or any other person or entity takes place in New York.

Dated: May 13, 2020

_____
SLAWOMIR MIKE WARZOCHA