

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**LIZA R. MAGLEY**
lmagley@bsk.com
P: 315.218.8226

September 30, 2020

<u>VIA ELECTRONIC FILING</u>

Hon. Andrew T. Baxter
U.S. Magistrate Judge
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY  13261-7396

Re: *C*AR-*F*RESHNER *Corporation, et al. v. Scented Promotions, LLC, et al.*, 5:19-cv-01158 (GTS/ATB)

Dear Magistrate Judge Baxter:

Plaintiffs' supplemental letter brief ("Letter") in opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction in the above-referenced action must be submitted by Friday, October 2, 2020. (ECF Doc. No. 46) Pursuant to this Court's Orders, dated June 12, 2020 and August 12, 2020, the Letter is not to exceed five pages. (ECF Doc. Nos. 40, 46)

Due to the volume of information collected during jurisdictional discovery, Plaintiffs request a slight extension of the page limit for the Letter to no more than two additional pages, amounting to no more than seven pages total.

We are available at the Court's convenience should the Court wish to hear from Plaintiffs further with respect to this request.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

*Liza R Magley*

Liza R. Magley
LRM/lrm

cc: All Counsel (Via ECF)

3616845.1