

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on October 28, 2020 the Court received a notice of appeal.  This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries are maintained electronically on the Court's CM/ECF system and constitute the Record on Appeal in the below listed action.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 2nd day of November, 2020.

*Clerk of Court*

By:    Patsy Harvey
          Deputy Clerk

### Case Information

| | |
|---|---|
| Case Name: | Car-Freshner Corporation, et al. v. Scented Promotions, LLC |
| Case Number: | 5:19-cv-1158 (GTS/ATB) |
| Docket No. of Appeal: | #53 - Notice of Appeal |
| Document Appealed: | #48 - Default Judgment |

Fee Status:    Paid _X_

Counsel:    Retained _X_

Time Status:    Timely _X_

Motion for Extension of Time:    N/A _X_

Certificate of Appealability:    N/A _X_